# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELA OLEJNICEK, | : | |
| Plaintiff, | : | Case No. 3:12cv00261 |
| vs. | : | District Judge Walter Herbert Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| KROGER, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF
## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

You are hereby notified that Defendants have filed a Motion for Judgment on the Pleadings seeking dismissal of your Complaint. Under the rules of this Court (S.D. Ohio Civ. R. 7.2) you are allowed twenty-one days from the date of service within which to file a response to Defendants' Motion, plus an extra three days if their Motion was served on you by mail. Because you are now being provided with Notice of the Motion, the Court sua sponte grants you an extension of time to file your response. Your response must be filed with the Court **not later than July 8, 2013**. If you fail to file a timely response, Defendants' Motion for Judgment on the Pleadings may be granted resulting in the dismissal of your Complaint.

June 18, 2013

s/Sharon L. Ovington
Sharon L. Ovington
Chief United States Magistrate Judge